1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

)
)
)
                    Plaintiff,    )  CASE NO. _____
                                  )
    vs.                           )  **APPLICATION TO PROCEED**
                                  )  **IN FORMA PAUPERIS**
                                  )
                                  )
                    Defendant.    )
_____)

    I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed?                      Yes ____ No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7     a.  Business, Profession or                    Yes ____ No ____

8         self employment?

9     b.  Income from stocks, bonds,                  Yes ____ No ____

10        or royalties?

11    c.  Rent payments?                              Yes ____ No ____

12    d.  Pensions, annuities, or                     Yes ____ No ____

13        life insurance payments?

14    e.  Federal or State welfare payments,          Yes ____ No ____

15        Social Security or other govern-

16        ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.  Are you married?                               Yes ____ No ____

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____  Net $_____

26 4.  a.  List amount you contribute to your spouse's support: $ _____

27    b.  List the persons other than your spouse who are dependent upon you for support

28        and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.    Do you own or are you buying a home?        Yes ____ No ____

Estimated Market Value: $_____  Amount of Mortgage: $_____

6.    Do you own an automobile?                   Yes ____ No ____

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7.    Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ____ Amount: $_____

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)                                                    Yes ____ No ____

_____

8.    What are your monthly expenses?

Rent: $ _____  Utilities: _____

Food: $ _____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____ No ____

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

| DATE | SIGNATURE OF APPLICANT |

- 4 -