1  BETTY HERRERA (242189)
2  SACKETT AND ASSOCIATES
   A PROFESSIONAL LAW CORP.
3  1055 Lincoln Avenue
4  Post Office Box 5025
   San Jose, California 95150-5025
5  Telephone: (408) 295-7755
6  Facsimile: (408) 295-7444

7  /as

8  Attorney for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   DIANE MARTINEZ,                ) No.: CV 08-00486 WHA
14                                 )
            Plaintiff,             )
15                                 )
                                   )
16                                 )
   v.                              ) STIPULATION AND ORDER FOR
17                                 ) DISMISSAL
                                   )
18 MICHAEL J. ASTRUE,              )
   Commissioner, Social Security   )
19 Administration,                 )
                                   )
20                                 )
            Defendant.             )
21 _____)

22

23     Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this

24 matter be dismissed in its entirety without prejudice.  Each party shall bear their own

25 attorney's fees and costs.

26

27

28

                                      1
   STIPULATION AND ORDER

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: June 5, 2008                /s/_____
                                    DONNA M. MONTANO
                                    Special Assistant U.S. Attorney


Dated:  June 5, 2008               /s/_____
                                    BETTY HERRERA
                                    Attorney for Plaintiff
                                    DIANE MARTINEZ

IT IS SO ORDERED.

Dated: June 6, 2008
_____             _____
                                    HON. WILLIAM H. ALSUP
                                    United States District Judge



STIPULATION AND ORDER

2